STATE OF CONNECTICUT *v.* MICHAEL K. HANNON

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 581 (AC 18208), is denied.

*Michael K. Hannon,* pro se, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided June 28, 2005

AVALONBAY COMMUNITIES, INC. *v.* ZONING COMMISSION OF THE TOWN OF STRATFORD

The plaintiff's petition for certification for appeal from the Appellate Court, 87 Conn. App. 537 (AC 24507), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the Stratford town council was entitled to intervene in this appeal to the trial court from the zoning commission of the town of Stratford?"

The Supreme Court docket number is SC 17461.

*Timothy S. Hollister* and *Meghan Freed Pelletier,* in support of the petition.